```
                                                JS-6
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
BRANDON WILLIAMS,              ) NO. CV 23-6045-FMO(E)
                               )
          Petitioner,          )
                               )
     v.                        )    JUDGMENT
                               )
WARDEN JENKINS,                )
WARDEN ENGELMAN,               )
                               )
          Respondents.         )
_____)
```

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

    DATED: October 23, 2023

```
                       _____/s/_____
                          FERNANDO M. OLGUIN
                       UNITED STATES DISTRICT JUDGE
```